AO98A (9/01) Includes violations of Conditions of Release as well as non-appearance as grounds for forfeiture.

Case 1:07-cr-00323-AWI   Document 7   Filed 01/16/08   Page 1 of 2

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT of CALIFORNIA

FILED
JAN 1 6 2008
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

UNITED STATES OF AMERICA,

v.

Christine Kapustin
Defendant

APPEARANCE and COMPLIANCE BOND

CASE Number: 1:07-CR-323 AWI

Non-surety: I, the undersigned defendant acknowledge that I and my ...
Surety: We, the undersigned, jointly and severally acknowledge that we and our ...
personal representatives, jointly and severally, are bound to pay to the United States of America the sum of
$ $20,000.00 _____, and there has been deposited in the Registry of the Court the sum of
$ -0- in cash or     N/A     (describe other security.)

The conditions of this bond are that the defendant, Christine Kapustin
(Name)

is to (1) appear before this court and at such other places as the defendant may be required to appear, in accordance with any and all orders and directions relating to the defendant's appearance in this case, including appearance for violation of condition of defendant's release as may be ordered to notified by this court or any other United States District Court to which the defendant may be held to answer or the cause transferred; (2) comply with all conditions of release imposed by the court, and (3) abide by any judgment entered in such matter by surrendering to serve any sentence imposed and obeying any order or direction in connection with such judgment.

It is agreed and understood that this is a continuing bond (including any proceeding or appeal or review) which shall continue until such time as the undersigned are exonerated.

If the defendant appears as ordered or notified and otherwise obeys and performs the foregoing conditions of this bond, then this bond is to be void, but if the defendant fails to obey or perform any of these conditions, payment of the amount of this bond shall be due forthwith. Forfeiture of this bond for any breach of its conditions may be declared by any United States District Court having cognizance of the above entitled matter at the time of such breach and if the bond is forfeited and if the forfeiture is not set aside or remitted, judgment, may be entered upon motion in such United States District Court against each debtor jointly and severally for the amount above stated, together with interest and costs, and execution may be issued and payment secured as provided by the Federal Rules of Criminal Procedure and any other laws of the United States.

This bond is signed on   1-16-08   at   USDC, 2500 Tulare, Fresno, Ca
                          Date                      Place

Defendant: _____  Address (City/State) _____

Surety: _Ipriela Whelta_____  Address (City/State) _____

Surety: _____  Address (City/State) _____

Signed and acknowledged before me on   1-16-08
                                        Date

_____
Judicial Officer/Clerk

cc: AUSA, PTS, Fed Defender/Counsel

Approved: _____
          Judicial Officer

## JUSTIFICATION OF SURETIES

I, the undersigned surety, say that I reside at _____

_____ ; and that my net worth is the sum of

_Twenty Thousand Dollars_ dollars ( $ _20,000.00_ ).

I further state that

_equity in residence_

_[signature]_
Surety

_____
Surety

Sworn to before me and subscribed in my presence on   _1-16-08_
                                                         Date

at _USDC, 2500 Tulare, Fresno, Ca_
                    Place

_Michelle MearsRooney, Courtroom Deputy_       _[signature]_
Name and Title                                  Signature of Judicial Officer/Clerk

---

I, the undersigned surety, say that I reside at _____

_____ ; and that my net worth is the sum of

_____ dollars ( $ _____ ).

I further state that

_____
Surety

_____
Surety

Sworn to before me and subscribed in my presence on _____
                                                         Date

at _____
              Place

_____       _____
Name and Title                       Signature of Judicial Officer/Clerk

Justification Approved: _[signature]_
                        Judicial Officer