FILED
JAN 16 2008
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:07-CR-323 |
| Plaintiff, | ) | ORDER TO PROVIDE REDACTED COPY OF INDICTMENT TO DEFENDANT CHRISTINE KAPUSTIN |
| v. | ) | |
| CHRISTINE KAPUSTIN, | ) | |
| Defendants. | ) | |

The United States having applied to this Court for permission to provided a redacted copy of the seal indictment in this case to defendant Kapustin for use at her initial appearance,

IT IS SO ORDERED.

DATED: January 16, 2008

Honorable Dennis L. Beck
U.S. Magistrate Judge

1